
HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| John Terry | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:24-cv-00248 JAO-RT |
| City and County of Honolulu | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City and County of Honolulu Corporation Counsel
530 S King St # 110
Honolulu, HI 96813

[RECEIVED CORPORATION COUNSEL C AND C OF HONOLULU  24 JUN 12 AM 1:22]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan Beck
2692 Harcourt Drive
San Diego CA 92123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



LUCY H. CARRILLO
CLERK OF COURT

Date: June 10, 2024         /s/ LUCY H. CARRILLO, by: JI, Deputy Clerk
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00248 JAO-RT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City and County of Honolulu Corporation Counsel
was received by me on *(date)* 6-12-24

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Deputy Duane Pang, who is designated by law to accept service of process on behalf of *(name of organization)* City and County of Honolulu Corporation Counsel on *(date)* 6-12-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-12-24

*Server's signature*

Chris Kimsel  PROCESS SERVER
*Printed name and title*

412 Iolani Ave, Honolulu HI 96813
*Server's address*

Additional information regarding attempted service, etc: